**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERNESTO GARIS, ET AL., | Civil Action No.: 09-5826 (JLL) |
| Plaintiffs, | **ORDER** |
| v. | |
| KRAVE RESTAURANT, LLC, ET AL., | |
| Defendants. | |

This matter having come before the Court on Plaintiff Ernesto Garis' submission of a civil Complaint with an application to proceed in forma pauperis, and it appearing that Plaintiff qualifies to proceed in forma pauperis before this Court;

**IT IS** therefore on this 19th day of November, 2009,

**ORDERED** that Petitioner's application to proceed in forma pauperis is hereby granted; and it is further

**ORDERED** that the Clerk shall file the Petition without prepayment of fees.

_____
JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE