NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERNESTO GARIS, ET AL., | Civil Action No.: 09-5826 (JLL) |
| Plaintiffs, | **ORDER** |
| v. | |
| KRAVE RESTAURANT, LLC, ET AL., | |
| Defendants. | |

This matter having come before the Court on Plaintiff Mina Soraya Zacarias' submission of a civil Complaint, and it appearing that:

1.  Plaintiff did not prepay the $350.00 filing fee for a civil action as required by Local Civil Rule 54.3(a).

2.  Plaintiff has submitted an incomplete application to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915. First, the Court notes that in response to question number two, Plaintiff indicates that she is not currently employed. However, Plaintiff failed to complete sub-part "b" of question number two. Second, Plaintiff failed to respond to question number five.

Accordingly, **IT IS** on this 19th day of November, 2009,

**ORDERED** that Plaintiff's application to proceed in forma pauperis is **DENIED** without prejudice; and it is further

**ORDERED** that the Clerk of the Court shall supply to Plaintiff a blank form application to proceed in forma pauperis; it is further

**ORDERED** that, within twenty (20) days of the date of entry of this Order, Plaintiff shall either remit the $350.00 filing fee or submit a completed and signed in forma pauperis

application; and it is finally

**ORDERED** that, if Plaintiff does not pay the filing fee or submit a completed and signed in forma pauperis application within the above 20-day period, the Complaint shall be deemed withdrawn as to Plaintiff Zacarias and the Clerk of the Court shall close the file in this action without further notice.

DATED: November 19, 2007

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE

Page 2 of 2