NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERNESTO GARIS, ET AL., | Civil Action No.: 09-5826 (JLL) |
| Plaintiffs, | **ORDER** |
| v. | |
| KRAVE RESTAURANT, LLC, ET AL., | |
| Defendants. | |

This matter having come before the Court on Plaintiff Mina Soraya Zacarias' application to proceed in forma pauperis, and it appearing that Plaintiff qualifies to proceed in forma pauperis before this Court;

**IT IS** therefore on this 10th day of December, 2009,

**ORDERED** that Petitioner's application to proceed in forma pauperis is hereby granted; and it is further

**ORDERED** that the Clerk shall file the Petition without prepayment of fees.

_____<br>
JOSE L. LINARES,<br>
UNITED STATES DISTRICT JUDGE